TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6551 / Fax: (702) 388-6418
tony.lopez@usdoj.gov

*Representing the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

YANNI TASSEV,
aka "Iani Tassev,"

Defendant.

Case No. 2:26-cr-00120-JAD-DJA

**Motion to Unseal Case**

The government moves to unseal this case, including the Indictment and arrest warrant. The government intends to attempt to obtain information about the whereabouts of defendant Yanni Tassev through publication of the pending charges against him. Tassev is a foreign national who is believed to have left the country near or after the end of his alleged fraud scheme, and his current location is unknown.

On June 23, 2026, a federal grand jury returned an indictment charging defendant Yanni Tassev with three counts of wire fraud. A warrant was issued for his arrest on the same date. Both documents were filed under seal.

Unsealing this case and these documents would allow the government to publicly identify the charges and allegations against Tassev, note the fact that there is a warrant for his arrest, and seek information from the public regarding his current location. Although arrest warrants sometimes contain personal identifying information of the defendant, the warrant in this case only identifies Tassev's name and alias, so there is no privacy reason to keep it under seal.

Accordingly, the government requests that this Court enter the attached order unsealing this case, including the Indictment and arrest warrant.

Respectfully submitted this 7th day of October, 2026.

TODD BLANCHE
Attorney General

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

YANNI TASSEV,
aka "Iani Tassev,"

Defendant.

Case No. 2:26-cr-00120-JAD-DJA

**[Proposed] ORDER**

Upon consideration of the Government's motion to unseal this case, and good cause being shown, the Court hereby GRANTS the motion.

**IT IS HEREBY ORDERED** that this case is unsealed and that the Indictment and arrest warrant currently under seal are also unsealed.

Dated: 10/14/2026

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE